# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Hammond Division**

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Tiffany Nicole Wilkins<br>xxx–xx–7873<br>578 S Vermillion Pl<br>110<br>Gary, IN 46403 | ) <br>) <br>) <br>) Case Number: 24–22340–jra<br>) <br>) <br>) <br>) <br>) <br>) Chapter: 13<br>) <br>) <br>) <br>) <br>) <br>) |

## NOTICE OF DOCKET ENTRY

On May 28, 2025 , the following entry was made on the docket in this case:

Entry: Based upon Trustee Paul R. Chael's withdrawal of Motion to Dismiss, the hearing scheduled for May 29, 2025, at 10:00 AM is removed from the court's calendar(related document(s)27 Motion to Dismiss Case filed by Paul R. Chael). (ree)

Amber E. Craig<br>
Clerk, United States Bankruptcy Court

Document No. 35 – 27